AO 450 (Rev. 5/85)

# United States District Court
## EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

| | |
|---|---|
| SHANTEL WARE,<br>      Plaintiff, | )<br>)<br>) |
| v. | )<br>) |
| MICHAEL J. ASTRUE,<br>*Commissioner of Social Security*,<br>      Defendant. | )  **JUDGMENT IN A CIVIL CASE**<br>)  **CASE NO. 5:11-CV-446-D**<br>)<br>) |

Decision by the Court:

    **IT IS ORDERED AND ADJUDGED** that the Court GRANTS Plaintiff's Motion for Judgment on the Pleadings [D.E. 15] and DENIES the Commissioner's Motion for Judgment on the Pleadings [D.E. 21]. The case is REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **DECEMBER 20, 2012,** WITH A COPY TO:

Jonathan Blair Biser (via CM/ECF electronic notification)
Amanda B. Gilman (via CM/ECF electronic notification)

| | JULIE A. RICHARDS, Clerk |
|---|---|
| December 20, 2012 | |
| Date | Eastern District of North Carolina |
| | /s/Debby Sawyer |
| | (By) Deputy Clerk |
| Raleigh, North Carolina | |